THIRD DEPARTMENT, FEBRUARY, 1973

(February 22, 1973)

In the Matter of GEORGE JEMZURA, Petitioner, v. JOSEPH P. MOLINARI, Respondent.— Motion to dismiss petition dated January 11, 1973 granted, without costs. A proceeding in the nature of mandamus may not be used to challenge a determination which may be reviewed by appeal (CPLR 7801, subd. 1). Herlihy, P. J., Staley, Jr., Greenblott, Sweeney and Kane, JJ., concur.